IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-00060 (JMC) |
| v. | : | |
| WILLIAM KEEN, | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below:

Exhibit #1: Video from Keen's cell phone of walk onto Capitol grounds

Exhibit #2: Video from Keen's cell phone of West Front

Exhibit #3: Video from Keen's cell phone ascending steps to Upper West Terrace

Exhibit #4: Video from Keen's cell phone outside of Speaker's Lobby

Exhibit #5: Open-source video of shooting outside of Speaker's Lobby

Exhibit #6: Video from Keen's cell phone of exit from Capitol building

                                          Respectfully submitted,
                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

By:   */s/ Kyle R. Mirabelli*
           Assistant United States Attorney
           Capitol Siege Section
           N.Y. Bar No. 5663166
           601 D St. NW
           Washington, D.C. 20001
           Office: 202-252-7884